**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50404 |
| Plaintiff - Appellee, | D.C. No. 2:99-cr-01274-RSWL |
| v. | |
| ALBERTO PINA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Ronald S.W. Lew, District Judge, Presiding

Submitted October 25, 2011[**]

Before:    TROTT, GOULD, and RAWLINSON, Circuit Judges.

Alberto Pina appeals from the 360-month sentence imposed following his

convictions for Racketeer Influenced and Corrupt Organizations conspiracy under

18 U.S.C. § 1962(d), and being a felon in possession of a firearm under 18 U.S.C.

§ 922(g)(1).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Pina contends that his sentence is substantively unreasonable. Given the district court's factual findings, Pina's low-end Guidelines sentence is reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States*, 552 U.S. 38, 51 (2007); *United States v. Stoterau*, 524 F.3d 988, 997 (9th Cir. 2008); U.S.S.G. § 1B1.3(a)(1)(B).

**AFFIRMED.**